BOREN, OSHER & LUFTMAN, LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
Aaron M. Gladstein (SBN 266287)
agladstein@bollaw.com
Amanda D. McGee (SBN 282034)
amcgee@bollaw.com
222 N. Pacific Coast Highway, Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2021
Facsimile: (310) 322-2228

Attorneys for Plaintiff
GOODMAN DISTRIBUTION, INC.

LINK 107

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODMAN DISTRIBUTION, INC., a Texas corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANCOOL HVAC SUPPLY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-06581 PSG (RAOx)<br><br>**[PROPOSED] JUDGMENT BY COURT AFTER DEFAULT ON FIRST AMENDED COMPLAINT** |

Defendant DANCOOL HVAC SUPPLY, INC. ("Dancool"), having been duly served with the Summons and First Amended Complaint ("FAC") on May 27, 2021 by Plaintiff GOODMAN DISTRIBUTION, INC. ("Plaintiff"), and having failed to appear or file a response to the FAC, and the default of Dancool having been entered, and upon proof being made to the satisfaction of the Court,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

Judgment is entered in favor of Plaintiff Goodman Distribution, Inc. and against Defendant Dancool HVAC Supply, Inc. as follows:

1. Judgment is entered in favor of Plaintiff on the first cause of action in the FAC for breach of contract against Dancool.
2. Plaintiff shall recover compensatory damages from Dancool in the amount of $594,448.86.
3. Plaintiff shall recover attorney's fees from Dancool in the amount of $52,114.50.
4. Plaintiff shall recover costs from Dancool in the amount of $2,225.13.
5. Plaintiff shall recover post-judgment interest from Dancool, to be "calculated from the date of the entry of judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding [] the date of judgment", pursuant to 28 U.S.C. § 1961(a).

Dated: _____June 21_____, 2022

_____
Hon. Philip S. Gutierrez
United States District Court Judge

1
[~~PROPOSED~~] JUDGMENT BY COURT AFTER DEFAULT ON FIRST AMENDED COMPLAINT