1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   GOODMAN DISTRIBUTION, INC., a          Case No. 2:20-cv-06581-PSG-RAO
     Texas corporation,
12
                     Plaintiff,
13                                           ORDER ACCEPTING FINDINGS
           v.                                AND RECOMMENDATION OF
14                                           UNITED STATES MAGISTRATE
     DANCOOL HVAC SUPPLY, INC., a            JUDGE
15   California corporation; NICK N.
     SARKISSIAN, an individual; TONY
16   SARKISSIAN aka TONY TODIK
     SARKISSIAN, an individual; and DOES
17   1 through 10, inclusive,

18                   Defendants.

19

20         Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records

21   on file, and the Report and Recommendation of the United States Magistrate Judge.

22   No objections to the Report and Recommendation have been received.  The Court

23   accepts the findings and recommendations of the Magistrate Judge.

24         **IT IS HEREBY ORDERED** that:

25         1.    Within 15 business days from the date of service, third-party Tony

26               Sarkissian, also known as Tony Todik Sarkissian, ("SARKISSIAN")

27               Chief Executive Officer, Secretary, Chief Financial Officer, and

28               Director of Judgment Debtor Dancool HVAC Supply Inc., must SHOW

CAUSE why he should not be held in civil contempt pursuant to Fed.
R. Civ. P. 70(e), 28 U.S.C. § 1826, and 18 U.S.C. § 401(3).

2.   A warrant shall issue for SARKISSIAN's arrest.

3.   Judgment Creditor shall mail a copy of this Order to address where
SARKISSIAN was most recently personally served and file a proof of
service within five days of mailing.

**IT IS SO ORDERED.**

DATED: January 19, 2024

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE