# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODMAN DISTRIBUTION, INC., a Texas corporation,<br><br>Plaintiff(s)<br>V.<br>TONY SARKISSIAN aka TONY TODIK SARKISSIAN,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20-cv-06581-PSG (RAO)<br><br>**WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest  TONY SARKISSIAN aka TONY TODIK SARKISSIAN

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint   ☐ Indictment
☐ Information   ☒ Order of Court   ☐ Violation Petition   ☐ Violation Notice
charging him/her with  (ENTER DESCRIPTION OF OFFENSE BELOW)

held in contempt of court pursuant to FRCP 70(e), 28 U.S.C. Section 1826, and 18 U.S.C. Section 401(3)

in violation of Title  28 & 18   United States Code, Section(s)  1826; 401(3)

| | |
|---|---|
| Brian D. Karth<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>*[signature]*<br>SIGNATURE OF DEPUTY CLERK | January 19, 2024 Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By: *[signature]*<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRIC OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| GOODMAN DISTRIBUTION, INC., a Texas corporation,<br>Plaintiff(s)<br>V.<br>TONY SARKISSIAN aka TONY TODIK SARKISSIAN,<br><br>Defendant(s) | 2:20-cv-06581-PSG (RAO) |
| | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|
| | | | | |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|
| | |

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|---|
| | | | | | |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|
| | |

NOTES: